STATE OF NEW JERSEY v. JUAN M. ALVAREZ.

May 4, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. LOUIS SACCHETTI.

May 4, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE J. ROBINSON.

May 4, 1982.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF W. W.

May 4, 1982.

Petition for certification denied.

BERDA S. RITTENHOUSE v. COUNTY OF HUNTERDON.

May 4, 1982.

Petition for certification denied.